## Harold L. Mendenhall, Plaintiff-Appellee, v. Lorraine Mendenhall, Defendant-Appellant.

### Gen. No. 11,702.

Second District, First Division.
October 14, 1963.

James A. Thompson, of Morris, for appellant. No briefs filed for appellee. Opinion by JUDGE SMITH. **Not to be published in full.**